UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE


ROSIA L. SCOTT                              )
                                            )
v.                                          )            NO. 2:03-CV-311
                                            )
EASTMAN CHEMICAL COMPANY        )
                                            )


## ORDER


For the reasons set forth in the Memorandum Opinion that accompanies this

Order, it is hereby **ORDERED** that the defendant's Motion For Summary Judgment

is **GRANTED**. [Doc. 17], and plaintiff's complaint is **DISMISSED.**

ENTER:


s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE